UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00414-MO |
| v. | JOINT STIPULATION OF RESTITUTION |
| JEFFREY LEE MEINING, | |
| Defendant. | |

JOINT STIPULATION OF RESTITUTION

This Joint Stipulation is entered into by and between the United States of America, represented by the United States Attorney's Office, and Jeffrey Lee Meining, the defendant in the above-captioned case. The amount of restitution in this matter has not yet been determined. The parties agree and stipulate that the Court should order restitution in the amount of **$1,477,181.82**. This restitution amount accurately reflects the amount of restitution owed by the defendant. The United States has separately provided to the Court a list of victims and the amounts owed to each. Attached is a proposed order reflecting the accurate restitution amount.

Dated: July 30, 2026

**On behalf of the United States**

/s/ Katherine A. Rykken
KATHERINE A. RYKKEN, CAB #267196

July 30, 2026
Date

**On behalf of the Defendant**

/s/ Ronald H. Hoevet
RONALD H. HOEVET, OSB #751746

July 30, 2026
Date

**Joint Stipulation of Restitution**                                                    **Page 1**